

United States Courts
Southern District of Texas
FILED

OCT 1 4 2004

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEATHER SULLIVAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-2921 |
| | § | |
| SCALABLE SOFTWARE, INC., | § | |
| NEON SYSTEMS, INC. and | § | |
| JMI EQUITY FUND, LP d/b/a JMI | § | |
| | § | |
| Defendants. | § | |

### DISCLOSURE OF INTERESTED PERSONS ON BEHALF OF
### DEFENDANT JMI EQUITY FUND, LP

The undersigned counsel represents that the following persons have an interest in the outcome of this case:

1.    Plaintiff Heather Sullivan;

2.    Counsel for Plaintiff;

3.    Defendant Scalable Software, Inc.

4.    Counsel for Scalable Software, Inc.

5.    Defendant Neon Systems, Inc.

6.    Counsel for Neon Systems, Inc.

7.    JMI Equity Fund, LP

8.    JMI Services, Inc.

9.    The undersigned counsel of record.

Respectfully submitted,

_____
W. CARL JORDAN
State Bar No. 11018800
Federal I.D. No. 729
Attorney-In-Charge
MICHAEL J. MUSKAT
State Bar No. 24002668
Federal I.D. No. 22816
Vinson & Elkins, L.L.P.
1001 Fannin St.
Houston, TX  77002-6760
(713) 758-3738 (Telephone)
(713) 615-5874 (Telecopy)

**OF COUNSEL:**

Vinson & Elkins L.L.P.
2300 First City Tower
1001 Fannin
Houston, TX  77002

ATTORNEYS FOR DEFENDANT
JMI EQUITY FUND, LP

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ 14 day of October, 2004, a copy of the foregoing pleading has been served on counsel via certified mail, return receipt requested, and addressed as follows:

Fritz Barnett
John Craddock
Barnett & Craddock, L.L.P.
The Lyric Centre
440 Louisiana, Suite 1400
Houston, Texas  77002

Michael Jay Kuper
Michael Jay Kuper, a Professional Corporation
2800 Post Oak Blvd., 61st Floor
Houston, Texas  77056

L. Chapman Smith
Heather Trachtenberg
Baker Botts, L.L.P.
910 Louisiana, Suite 3000
Houston, Texas  77002-4995

Kay Burkhalter
Burkhalter & Armstrong
Lyric Centre
440 Louisiana, Suite 900
Houston, Texas  77002

_____
Attorney for Defendant

1865129_1.DOC