

United States Courts
Southern District of Texas
ENTERED

JUN 0 9 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HEATHER SULLIVAN,<br>         Plaintiff,<br><br>vs.<br><br>SCALABLE SOFTWARE, INC.,<br>NEON SYSTEMS, INC. and<br>JMI SERVICES, INC.,<br>         Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. H-04-2921<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

The Court has considered the Motion for Protective Order filed by defendant JMI Services, Inc. ("JMI") and joined by defendant Scalable Software, Inc. ("Scalable"). The Court finds that the motion is meritorious and should be GRANTED; particularly in light of its ruling on JMI's motion for summary judgment. Therefore, IT IS ORDERED that the deposition of John J. Moores noticed for June 14, 2005 is QUASHED.

SIGNED this ___9th___ day of June, 2005.

KENNETH M. HOYT
United States District Judge