UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEATHER SULLIVAN, | § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-2921 |
| | § | |
| SCALABLE SOFTWARE INC, *et al*, | § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the jury verdict entered in this case, the plaintiff shall take nothing by this suit.

This is a Final Judgment.

SIGNED and ENTERED this 7th day of September, 2005.

_____
Kenneth M. Hoyt
United States District Judge